UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE FRANCISCO SILVA-CHAVEZ,<br><br>　　　　Defendant. | No. CR06-198RSL<br><br>STIPULATED MOTION AND ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |

## STIPULATION

The United States, by and through Todd Greenberg, Assistant United States Attorney, and defendant Jose Francisco Silva-Chavez, by and through his attorney, Anna M. Tolin, move to extend the pretrial motions deadline as to defendant Jose Francisco Silva-Chavez only to December 29, 2006.  This matter is scheduled for trial on March 12, 2007.  The requested extension is based on the parties' ongoing efforts to negotiate a resolution to this case.

Respectfully submitted this 1st day of December, 2006.

___/s/_____
Todd Greenberg
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-7970
Todd.greenberg4@usdoj.gov

___/s/_____
Anna M. Tolin
Attorney for Jose F. Silva-Chavez
2001 Western Avenue, Suite 200
Seattle, WA  98121
(206) 812-5850
anna@annatolin.com

STIPULATED MOTION AND ORDER
CONTINUING PRETRIAL MOTIONS DEADLINE
Page 1 of 2
CR06-0198 RSL (Jose F. Silva-Chavez)

ANNA M. TOLIN
Attorney at Law
2001 Western Avenue, Suite 200
Seattle, WA  98121
(206) 812-5850

## ORDER

Based upon the foregoing stipulation of the parties, the pretrial motions deadlines with regard to defendant Jose Francisco Silva-Chavez are continued as follows:   The deadline for filing pretrial motions shall be December 29, 2006; responses to pretrial motions shall be due January 26, 2007; and any reply briefs shall be filed by February 9, 2007.

DATED this 5th day of December, 2006.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Presented by:

____/s/_____
Todd A. Greenberg
Assistant United States Attorney

____/s/_____
Anna M. Tolin, WSBA #22071
Attorney for Jose F. Silva-Chavez

STIPULATED MOTION AND ORDER
CONTINUING PRETRIAL MOTIONS DEADLINE
Page 2 of 2
CR06-0198 RSL (Jose F. Silva-Chavez)

ANNA M. TOLIN
Attorney at Law
2001 Western Avenue, Suite 200
Seattle, WA  98121
(206) 812-5850